C. A. No. 76-273. STATE *v.* JOSEPH SMITH. Motion of defendant for a remand of his case to the Superior Court for the purpose of allowing that court to entertain a motion for reduction of bail, pending appeal, is granted. After hearing the mo-

986

tion, the papers shall be returned to this court forthwith. *Julius C. Michaelson*, Attorney General, *Judith Romney Wegner*, Special Asst. Attorney General, *John R. McDermott*, Special Asst. Attorney General, for plaintiff. *William F. Reilly*, Public Defender, *Barbara Hurst, John A. MacFadyen III*, Asst. Public Defenders, for defendant.